```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
-------------------------------------------X    ELECTRONICALLY FILED
                                           :    DOC #:_____
SANDRA L. NEWSOM,                          :    DATE FILED: 1/10/2020
                                           :
                    Plaintiff,             :    19 Civ. 3090 (LGS)
                                           :
            -against-                      :    ORDER
                                           :
ALI Y. ABDALLA and THOMAS GAYE,            :
                                           :
                    Defendants.            :
-------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Paragraph 13(b) of the Amended Case Management Plan (Dkt. No. 19) requires the parties to file a letter by December 18, 2019, regarding whether they request a referral for settlement discussions;

WHEREAS, the parties' December 18, 2019, status letter (Dkt. No. 20) did not advise whether they request a settlement referral. It is hereby

**ORDERED** that, by **January 14, 2020**, the parties shall file a letter on whether they request a settlement referral.

Dated: January 10, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**