UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDRA L. NEWSOM,

                           Plaintiff,

            -against-

ALI Y. ABDALLA and THOMAS GAYE,

                         Defendants.
------------------------------------------------------------X

19 Civ. 3090 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 13, 2020, the parties requested in a joint letter a referral for a settlement conference (Dkt. No. 23). It is hereby

**ORDERED** that the request for a settlement referral is granted. The settlement referral will issue in a separate Order. It is further

**ORDERED** that the pre-motion conference, currently scheduled for February 4, 2020, is adjourned *sine die* until after a settlement conference. If settlement discussions are unsuccessful, the parties shall file a joint letter, within a week of this result, apprising the Court and requesting a rescheduled pre-motion conference.

Dated: January 14, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE